UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                        Plaintiff,        )<br>                                                          )<br>           vs.                                       )<br>                                                          )<br>WILLIAM ROY WALTY,              )<br>                                                          )<br>                        Defendant.    )<br>_____ ) | NO.  CR97-0028RBL<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR TERMINATION OF SUPERVISED RELEASE PURSUANT TO TITLE 18, U.S.C. § 3583(e)(1) |

THIS MATTER having come before the Court on the defendant's Unopposed Motion for Termination of Supervised Release Pursuant to Title 18, U.S.C. § 3583(e)(1), the Court having reviewed the motion and the records and files herein, it is now therefore

ORDERED that Mr. Walty's term of supervised release is hereby terminated pursuant to Title 18, U.S.C. § 3583(e)(1).

DONE this 31st day of August, 2005.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Michael Filipovic
Attorney for William Roy Walty

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR TERMINATION OF SUPERVISED RELEASE
(*WILLIAM ROY WALTY*) – CR97-0028RBL –                    1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100